# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **RANDY SIMMONS,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 7:07-cv-36(HL) |
| | : |
| **SERGEANT FOSTER, et al.,** | : |
| | : |
| Defendants. | : |
| _____ | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Richard L. Hodge, entered August 19, 2009 (Doc. 51), in which the Magistrate Judge recommends that the Motion for Summary Judgment filed by Defendants McLaughlin, Davis, Waters, Foster, and Puckett (Doc. 44) be granted. Plaintiff Randy Simmons has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendants' Motion for Summary Judgment (Doc. 44) is **GRANTED**.

**SO ORDERED**, this the 17th day of September, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh